IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICKY EUGENE ROSS | § | |
| VS. | § | CIVIL ACTION NO. 1:15-CV-330 |
| RICHARD D. ALFORD, ET AL. | § | |

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Ricky Eugene Ross, a former prisoner, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Richard D. Alford, Aaron Tompkins, Vivian Davis, Marilyn Harmon, Brenda Grogan, and Monica Goodman.

The court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The Magistrate Judge recommends denying plaintiff's motion for default judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration of all the pleadings and the relevant case law, the court concludes that plaintiff's objections lack merit. Plaintiff is not entitled to a default judgment because the defendants filed a responsive pleading.

**ORDER**

Accordingly, plaintiff's objections (docket entry #12) are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (docket entry #10) is **ADOPTED**. Plaintiff's motion for default judgment (docket entry #8) is **DENIED**.

So **ORDERED** and **SIGNED** this **24** day of **August, 2017.**

_____
Ron Clark, United States District Judge